Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000641
22-NOV-2019
07:58 AM

NO. CAAP-19-0000641

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

STATE OF HAWAII, Plaintiff-Appellee, v.
ROBERT QUARTERO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTC-17-073529)

ORDER DENYING NOVEMBER 18, 2019 HRAP RULE 40 MOTION
AND NOVEMBER 19, 2019 AMENDED HRAP RULE 40 MOTION FOR
RECONSIDERATION OF NOVEMBER 15, 2019 ORDER DISMISSING APPEAL
(By:  Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of (1) the November 15, 2019 order
dismissing appeal for lack of appellate jurisdiction,
(2) Defendant-Appellant Robert Quartero's (Quartero) November 18,
2019 motion for reconsideration of the November 15, 2019 order of
dismissal pursuant to Rule 40 of the Hawai‘i Rules of Appellate
Procedure (HRAP), (3) Quartero's November 19, 2019 amended HRAP
Rule 40 motion for reconsideration of the November 15, 2019 order
of dismissal, and (4) the record, it appears that we did not
overlook or misapprehend any points of law or fact when we
entered the November 15, 2019 order of dismissal.

Therefore, IT IS HEREBY ORDERED that Quartero's
November 18, 2019 HRAP Rule 40 motion for reconsideration and

November 19, 2019 amended HRAP Rule 40 motion for reconsideration of the November 15, 2019 order of dismissal are denied.

DATED: Honolulu, Hawai'i, November 22, 2019.

Presiding Judge

Associate Judge

Associate Judge